# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robin M. Lee,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Barack Obama, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-1939-JAD-VCF<br><br>**Order** |

　　　　Plaintiff Robin M. Lee filed this "Civil Action" under "42 U.S.C. § 1983" on October 23, 2013. Doc. 1. Although 28 U.S.C. § 1915 permits a prisoner plaintiff to commence certain civil rights actions without prepayment of filing fees, the plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will not file the civil rights complaint until the matter of the payment of the filing fee is resolved. Plaintiff has neither paid this Court's filing fee for this action nor submitted an application to proceed *in forma pauperis*.

　　　　In light of these deficiencies,

　　　　**IT IS HEREBY ORDERED** that plaintiff has 30 days from the date of this order to either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form

with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400.  The Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**Plaintiff is strongly cautioned that the failure to fully and timely comply with any portion of this order will result in the dismissal of this action with prejudice.**

Dated July 21, 2014

_____
Jennifer Dorsey
United States District Judge