# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Robin M. Lee,

    Plaintiff,

v.

Barack Obama, et al.,

    Defendants.

Case No. 2:13-cv-1939-JAD-VCF

**Order of Dismissal**

Pro se plaintiff Robin M. Lee filed this action in October 2013 but failed to pay the filing fee or submit an application for *in forma pauperis* status. In a July 21, 2014, order, the court gave Lee 30 days to correct this deficiency or have this action dismissed with prejudice. Doc. 2. The order was mailed to Lee but returned as undeliverable, revealing yet another deficiency in this action. Doc. 3. Nevada Local Special Rule 2-2 requires a plaintiff to "immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.

As Lee has failed to pay the filing fee, submit an application for *in forma pauperis* status, or keep the court apprised of Lee's mailing address, IT IS HEREBY ORDERED that this action is dismissed with prejudice. The Clerk of Court is instructed to enter judgment accordingly and close this case.

Dated November 12, 2014

_____
Jennifer A. Dorsey
United States District Judge